

January 8, 2015

# DORA ELIA SANDOVAL

COUNTY AND DISTRICT CLERK
KINNEY COUNTY
P.O. DRAWER 9
BRACKETTVILLE, TX 78832
(830)563-2521
FAX (830)563-2644
EMAIL: kcclerk@hotmail.com

Johnathan Quintero

4th Court of Appeals

Cadena-Reeves Justice Center

300 Dolorosa Suite 3200

San Antonio, Texas 78205-3037

Re: The State of Texas

Vs

Robert Alan Queenman

Dear Mr. Quintero:

I spoke to Mr. Keith Hottle regarding the appeal for the above referenced cause number and explained to him that I am in a small county and do not have the means to send this appeal electronically. He stated that I may request to be allowed to file the appeal with paper and submit by mail. At this time I am requesting that I be given an extention and approval to authorize me to file appeal by paper.

If you have any questions, please contact me at the above number. Thank you for your consideration.

Sincerely,

Dora E. Sandoval

Dora Elia Sandoval

District and County Clerk

Kinney County, Texas

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO
2015 JAN 12 AM 11:50



**Dora Elia Sandoval**
Kinney County & District Clerk
P.O. Box 9
Brackettville, Texas 78832


SAN ANTONIO TX 780
RIO GRANDE DISTRICT
09 JAN 2015 PM 7 L



IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN 12 AM 11: 46

Johnathan Quintero
4th Court of Appeals
Cadena-Reeves Justice Center
300 De La Rosa
Suite 3200
San Antonio, Texas 78205-3037

7820530 3799